IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DUSTIN JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORRIS SCHNEIDER ) <br> WITTSTADT, LLC f/k/a MORRIS ) <br> HARDWICK SCHNEIDER, LLC; ) <br> MSLAW, INC. f/k/a MHSLAW, INC.; ) <br> NATHAN HARDWICK IV, ESQ.; ) <br> MARK WITTSTADT, ESQ.; ) <br> GERARD WM. WITTSTADT JR., ESQ., ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION FILE <br> NO. 1:14-CV-03457-LMM |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

PLEASE TAKE NOTICE THAT on July 5, 2015, Morris Schneider Wittstadt, LLC f/k/a Morris Hardwick Schneider, LLC ("MSW") and MSWLAW, Inc. ("MSWLAW") filed voluntary petitions for relief in the United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division) under chapter 11 of title 11 of the United States Code.  The cases are pending and administered under Case Nos. 3:15-bk-33372 (MSW) and 3:15-bk-33373 (MSWLAW). Pursuant to 11 U.S.C. § 362, MSW and MSWLAW respectfully suggest that all matters pertaining to each of them in this litigation should be stayed.

Respectfully submitted, this 6th day of July, 2015.

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: */s/ Scott E. Zweigel*
William J. Holley, II
Georgia Bar No. 362310
WJH@phrd.com
Scott E. Zweigel
Georgia Bar No. 786616
SEZ@phrd.com
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

*Attorneys for Defendants Morris Schneider Wittstadt, LLC and MSWLAW, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, electronically filed the foregoing **SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY** with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing addressed to all counsel of record.

This 6th day of July, 2015.

*/s/ Scott E. Zweigel*
Scott E. Zweigel

3865468_1