IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DUSTIN JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MORRIS SCHNEIDER WITTSTADT, LLC, *et al.*, | : | CIVIL ACTION NO. 1:14-CV-3457-LMM |
| | : | |
| Defendants. | : | |

## **ORDER**

On May 3, 2016, the parties in this matter notified the Court that they have reached a settlement, pending bankruptcy court approval. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal with prejudice.[1]  The parties are **DIRECTED** to file within ninety (90) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 4th day of May, 2016.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner.  The parties may move to re-open an administratively closed case at any time.