# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DUSTIN JOHNSON,<br><br>Plaintiff,<br>v.<br><br>MORRIS SCHNEIDER WITTSTADT, LLC f/k/a MORRIS HARDWICK SCHNEIDER, LLC; MSLAW, INC. f/k/a MHSLAW, INC.; NATHAN HARDWICK IV, ESQ.; MARK WITTSTADT, ESQ.; GERARD WM. WITTSTADT JR., ESQ.,<br><br>Defendants. | Civil Action No.: 1:14-CV-03457-LMM |

## MOTION TO DISMISS AMENDED COMPLAINT

In furtherance of the Settlement Agreement executed by the Parties in this action, Plaintiff, Dustin Johnson ("Plaintiff"), by counsel, and Defendants Morris Schneider Wittstadt, LLC f/k/a Morris Hardwick Schneider, LLC; MSLAW, Inc. f/k/a MHSLAW, Inc.; Nathan Hardwick IV; Mark Wittstadt; and Gerard Wm. Wittstadt, Jr. ("Defendants") (Plaintiff and Defendants are collectively referred to hereinafter as the "Parties"), by counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Procedure, jointly submit this *Motion to Dismiss Amended Complaint*. The Parties have agreed to the form of the Consent Order attached hereto as Exhibit A and request the Court enter the attached Order.

WHEREFORE, the Parties move for dismissal of this action with prejudice and ask this Court to enter the attached Consent Order.

Respectfully submitted, this 2nd day of September, 2016.

/s/ Thomas J. Gallo
Thomas J. Gallo
Georgia Bar No. 283048
Barnes & Thornburg LLP
3475 Piedmont Road, NE, Suite 1700
Atlanta, GA  30305-3327
Telephone:  404-846-1693
Facsimile:   404-264-4033
thomas.gallo@btlaw.com

*Attorneys for Plaintiff Dustin Johnson*

/s/Scott E. Zweigel
William J. Holley, II
Georgia Bar No.362310
Scott E. Zweigel
Georgia Bar No.786616
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
Telephone:  404-523-5300
Facsimile:   404-522-8409
wholley@phrd.com
szweigel@phrd.com

*Attorneys for Morris Schneider Wittstadt, LLC f/k/a Morris Hardwick Schneider LLC, and MSLAW, INC. f/k/a MHSLAW, INC.*

s/E.A. "Seth" Mills, Jr.
E.A. "Seth" Mills, Jr., Esq.
Georgia Bar No. 978007
100 North Tampa Street, Suite 3700
Tampa, Florida  33602
Telephone:  (813) 299-3500
smills@mpdlegal.com

*Attorneys for Defendants Mark Wittstadt, and Gerard Wm. Wittstadt*

Zack D. Anderson, Esq.
Georgia Bar No. 893340
One Atlantic Center
1201 West Peachtree Street, Suite 2610
Atlanta, Georgia  30309
Telephone:  (404) 870-8022
zanderson@mpdlegal.com

*Attorneys for Defendants Mark Wittstadt, and Gerard Wm. Wittstadt*

2

*/s/Peter Werdesheim*
Johannes S. Kingma
Georgia Bar No. 421650
Peter Werdesheim
Georgia Bar No. 748330
Carlock, Copeland & Stair, LLP
191 Peachtree Street, Suite 3600
Atlanta, GA  30303
Telephone:  404-522-8220
jkingma@carlockcopeland.com
pwerdesheim@carlockcopeland.com

*Attorneys for Defendant*
*Nathan E. Hardwick, IV*

*/s/Matthew D. Daley*
Edward T. M. Garland
Georgia Bar No. 284900
Robin N. Loeb
Georgia Bar No. 455702
Matthew D. Daley
Georgia Bar No. 328815
Garland Samuel & Loeb
3151 Maple Drive, N.E.
Atlanta, GA 30305-2500
Telephone:  404-262-2225
etg@gsllaw.com
rnl@gsllaw.com
mdd@gsllaw.com

*Attorneys for Defendant*
*Nathan E. Hardwick, IV*

## **CERTIFICATE OF COMPLIANCE**

      I hereby certify that the foregoing has been prepared in Times New Roman 14 font and is in compliance with United States District Court, Northern District of Georgia Local Rule 5.1.

                                             */s/ Thomas J. Gallo*
                                             Thomas Gallo
                                             Georgia Bar No. 283048

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2016, the foregoing MOTION TO DISMISS AMENDED COMPLAINT was electronically filed by using the CM/ECF system, which will automatically send notifications to the following parties of record in this matter:

William J. Holley, II
Scott E. Zweigel
Parker, Hudson, Rainer & Dobbs, LLP
wholley@phrd.com
szweigel@phrd.com

*Attorneys for Morris Schneider Wittstadt, LLC f/k/a Morris Hardwick Schneider, LLC and MSLAW, INC. f/k/a MHSLAW, Inc.*

E.A. "Seth" Mills, Jr.
Mills Paskert Divers
smills@mpdlegal.com

*Attorneys for Mark Wittstadt, Esq. and Gerard Wm. Wittstadt, Esq.*

Edward T. M. Garland
Robin N. Loeb
Matthew D. Daley
Garland Samuel & Loeb
etg@gsllaw.com
rnl@gsllaw.com
mdd@gsllaw.com

Johannes S. Kingma
Peter Werdesheim
jkingma@carlockcopeland.com
pwerdesheim@carlockcopeland.com

*Attorneys for Defendant Nathan E. Hardwick, IV*

This 2nd day of September, 2016.

/s/ Thomas J. Gallo
Thomas J. Gallo
Georgia Bar No. 283048
Barnes & Thornburg LLP
3475 Piedmont Road, NE, Suite 1700
Atlanta, GA  30305-3327
Telephone:  404-846-1693
Facsimile: 404-264-4033
thomas.gallo@btlaw.com

DMS 4314985v1

5