UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DUSTIN JOHNSON,<br>Plaintiff,<br>v.<br>MORRIS SCHNEIDER WITTSTADT, LLC f/k/a MORRIS HARDWICK SCHNEIDER, LLC; MSLAW, INC. f/k/a MHSLAW, INC.; NATHAN HARDWICK IV, ESQ.; MARK WITTSTADT, ESQ.; GERARD WM. WITTSTADT JR., ESQ.,<br>Defendants. | Civil Action No.: 1:14-CV-03457-LMM |

CONSENT ORDER GRANTING MOTION TO DISMISS
AMENDED COMPLAINT AND DISMISSING THE COMPLAINT WITH
PREJUDICE

This matter, having come before this Court, and upon due consideration of the Motion to Dismiss Amended Complaint (the "Motion") (Docket # __), it is hereby ordered by the United States District Court for the Northern District of Georgia, that the Motion, is hereby **GRANTED**; and the Amended Complaint is hereby **DISMISSED** with prejudice against Morris Schneider Wittstadt, LLC f/k/a Morris Hardwick Schneider, LLC; MSLAW, Inc. f/k/a MHSLAW, Inc.; Nathan Hardwick IV; Mark Wittstadt, Esquire; and Gerard Wm. Wittstadt, Jr., Esquire; and it is **FURTHER ORDERED**

Each party shall bear his or its own expenses and costs.

9/6/16

Leigh Martin May
United States District Judge

DMS 3900385v1

Page 11 of 15